**Order entered December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00039-CV

### TRACEY B. THOMPSON, Appellant

### V.

### MARTIN F. GAINES, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09781**

## ORDER

Before the Court is appellant's December 13, 2022 letter in which she asks for "1.) pro bono civil assistance; 2.) help explaining some civil and TRAP rules; [and,] 3.) a few more days to complete brief[.]" We grant the requested relief to the extent we **EXTEND** the deadline for the filing of appellant's brief to January 9, 2023. In so doing, we note the Court does not appoint counsel and cannot provide legal advice.

/s/     ROBERT D. BURNS, III
            CHIEF JUSTICE